UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| J KNIX LLC,<br><br>   Plaintiff,<br><br> v.<br><br>KNIX WEAR INC.,<br><br>   Defendant. | Case No. 15-cv-01804-BLF<br><br>**ORDER (1) VACATING DEADLINES FOR 60 DAYS AND (2) TO PROVIDE STATUS UPDATE**<br><br>[Re: ECF 34] |

On March 2, 2016, the parties informed the Court that they had reached a tentative settlement in this action. ECF 34. The parties requested the Court vacate all pending deadlines and hearings for 60 days while the parties finalize the settlement. Accordingly, the Court VACATES all pending deadlines and hearings for 60 days. The Court ORDERS the parties to update the Court as to the status of the case in a joint submission on or before May 6, 2016. If the case is dismissed before May 6, 2016, the parties are not required to provide the Court with a status update.

**IT IS SO ORDERED.**

Dated: March 3, 2016

                _____
                BETH LABSON FREEMAN
                United States District Judge