**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| J KNIX LLC,<br><br>        Plaintiff,<br><br>   v.<br><br>KNIX WEAR INC.,<br><br>        Defendant. | Case No. 15-cv-01804-BLF<br><br>**ORDER ADVANCING HEARING ON MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFF/COUNTERDEFENDANT TO APRIL 21, 2016**<br><br>[Re: ECF 36] |

The Court ADVANCES the hearing on the motion to withdraw as counsel for Plaintiff/Counter-Defendant from July 7, 2016 to April 21, 2016 at 9:00 a.m.

**IT IS SO ORDERED.**

Dated: March 30, 2016

                                                                                   _____<br>
                                                                                   BETH LABSON FREEMAN<br>
                                                                                    United States District Judge