United States District Court
Northern District of California

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| TONY LUSTIG,<br>         Plaintiff,<br>    v.<br>DIAMOND-MT, et al.,<br>         Defendants. | Case No. 14-cv-05212-BLF<br><br>**ORDER VACATING HEARING ON DEFENDANTS' MOTION FOR PARTIAL JUDGMENT ON THE PLEADINGS** |

Pursuant to Civ. L.R. 7-1(b), the Court finds Defendants' motion for partial judgment on the pleadings suitable for submission without oral argument and hereby VACATES the hearing scheduled for April 28, 2016.

**IT IS SO ORDERED.**

Dated: April 20, 2016

_____
BETH LABSON FREEMAN
United States District Judge